IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2020 NOV -9  P 3: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **GOLDEN STATE FOODS CORP.,** | |
| *Plaintiff,* | |
| v. | CASE NO: |
| | 3:20-cv-00914 |
| **VINCIT INTERNATIONAL, INC., et al.,** | |
| *Defendants.* | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Vincit International, Inc., a defendant in the above-captioned matter and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| Zee Company, Inc. | affiliate |
| Stellar Management Group, Inc. | affiliate |
| Stellar Management Group II | affiliate |
| Stellar Management Group III | affiliate |
| Stellar Management Group IV | affiliate |
| Stellar Management Group V | affiliate |
| Stellar Management Group VI | affiliate |
| EIS of Tennessee Acquisition Company, LLC | affiliate |
| ITG, LLC | affiliate |
| Pro Logistics, LLC | affiliate |

| Tower Cleaning Specialists, LLC | affiliate |
|---|---|

ADAMS WHITE & OLIVER, LLP

By: _____
Blake L. Oliver (ASB-9723-A38O)
205 South 9th Street
Opelika, AL 36801
(334) 745-6466
boliver@adamswhite.com
*Counsel for Defendant Vincit*

OF COUNSEL FOR DEFENDANT VINCIT:

GRANT, KONVALINKA & HARRISON, P.C.
J. Scott McDearman, BPR No. 012174
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900
(423) 756-8400 t
(423) 756-6518 f
SMcDearman@gkhpc.com

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document has been served upon the parties listed below by placing the same with the U. S. Postal Service, with postage sufficient to deliver it to its intended destination, and/or by electronic mail.

> Michael K. K. Choy, Esq.
> Burr & Forman, LLP
> 420 North 20th Street, Suite 3400
> Birmingham, AL 35203
> MChoy@Burr.com
>
> John P. Browning, Esq.
> Burr & Forman, LLP
> RSA Tower, Suite 22200
> 11 North Water Street
> Mobile, AL 36602
> JBrowning@Burr.com

This 6th day of November, 2020.

_____
Blake L. Oliver