# IN TH UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| GOLDEN STATE FOODS CORP., | ) )  ) |
| Plaintiff, | ) ) |
| vs. | ) ) | 
| VINCIT INTERNATIONAL, INC., et al., | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO.
3:20-CV-00914-RAH-SRW

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties in the above-styled matter, by and through undersigned counsel of record, and jointly stipulate that all claims asserted (or which could have been asserted) by the plaintiff against defendants should be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees. This stipulation is entered into in accordance with a settlement agreement between the parties.

Counsel for Defendants has given counsel for Plaintiff permission to electronically sign on his behalf and file this Notice.

Respectfully submitted on this 17th day of February, 2022.

*s/ John P. Browning*
Michael K. K. Choy
John P. Browning
*Attorneys for Plaintiff*

47203098 v1

OF COUNSEL:

**BURR & FORMAN LLP**

Michael K. K. Choy
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Email:  mchoy@burr.com
Tel:    205-251-3000
Fax:   205-458-51

John P. Browning
11 N. Water Street, Suite 22200
Mobile, Alabama  36602
Email:  jbrowning@burr.com
Tel:    251-344-5151
Fax:   251-344-9696

                                               *s/ J. Scott McDearman (with permission)*
                                               J. Scott McDearman, Admitted pro hac vice
                                               *Attorney for Defendants*

OF COUNSEL:

**GRANT KONVALINKA & HARRISON PC**

633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900
Email:  smcdearman@gkhpc.com
Tel:    423-756-8400
Fax:   423-756-6518